**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-1014**

_____

CLINTON C. BARLOW,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA, and the City of
Norfolk under the state authority of the
Honorable Governor Mark R. Warner, and c/o the
Virginia Workers Compensation Commission,
Chairman Lawrence D. Tarr and J.J. Szablewicz,
and Carolyn L. Fleming, V.W.C. claims
examiner; EDMUND F. KELLY, Head CEO President
of The Liberty Mutual Fire Insurance Company;
ROBERT A. RAPAPORT, Esquire; RUSSELL N. BRAHM,
III, Esquire; DANIEL E. ROSNER, Esquire;
WINKELMAN INC, President Corporation and
Liberty Mutual Fire Insurance Company c/o The
Law Firm of Clarke, Dolph, Rapaport, Hardy &
Hull, P.L.C.; STATE OF VIRGINIA DEPARTMENT OF
MOTOR VEHICLES, Division of C.D.L. and M.V.
licenses . . . Driver's name: William Clark
Terry, driver of and international dump truck;
NAVISTAR INTERNATIONAL CORPORATION, B/K/A the
International Harvestor Corporation, CEO
President, Daniel C. Ustian; TEAMSTERS UNION
INTERNATIONAL BROTHERHOOD OF AMERICA,
President, James P. Hoff, Jr.

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (CA-04-734-2)

Submitted: March 24, 2005                    Decided: March 31, 2005

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Clinton C. Barlow, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clinton C. Barlow appeals the district court's orders denying his motion for leave to proceed in forma pauperis and his subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny the motion for leave to proceed in forma pauperis and dismiss on the reasoning of the district court. See Barlow v. Virginia, No. CA-04-734-2 (E.D. Va. Dec. 9, 2004; Feb. 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 3 -